FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2023 FEB -8 AM 11: 19

_____ Division

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**CIVIL RIGHTS COMPLAINT FORM**

Omar Antonio Lewis

CASE NUMBER: 3:23-CV-142-TJC-JBT
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

T. Carpenter 84036

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Duval Pre-trial Detention Facility   Jacksonville Fl 32202
(Indicate the name and location)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)

1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): Omar Antonio Lewis

   Defendant(s): T. Carpenter

2. Court (if federal court, name the district; if state court, name the county):
   Middle District of Florida Jacksonville division, Jacksonville Fl

3. Docket Number: _____

4. Name of judge: Henry Lee Adams

5. Briefly describe the facts and basis of the lawsuit: physically battered and assaulted by OFC. T. Carpenter

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
   Order was dismiss without prejudice

7. Approximate filing date: January 4 2023

8. Approximate disposition date: January 5 2023

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

N/A

IV. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: OMAR Antonio Lewis

   Mailing address: 500 East Adams Street
   Jacksonville FL 32202

B. Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: T. Carpenter #84036

   Mailing Address: 500 East Adams Street
   Jacksonville FL 32202

   Position: OFC

   Employed at: Duval Pre-trail Detention Facility

D. Defendant: _____

   Mailing Address: _____

DC 225 (Rev 2/2012)               3

Position:_____

Employed at:_____

E.  Defendant:_____

Mailing Address:_____

_____

Position: _____

Employed at:_____

F.  Defendant:_____

Mailing Address:_____

_____

Position: _____

Employed at:_____

G.  Defendant:_____

Mailing Address:_____

_____

Position: _____

Employed at:_____

V.  **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

On Dec 5th 2022 OFC T. Carptener #84036 refused inmate Lewis medical attention for his injured shoulder. After refusing inmate medical attention OFC. T. Carptener pulled inmate of living unit knowing of inmates injury and forcely pushs inmate shoulder into a wall two time causing more damages til inmate shoulder forcely take inmate shirt and sweater all on video.

VI.  **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

- OFC. T. Carptener #84036
- Dec 5 2022
- Duval Pre-trial Detention Facility
- On above date OFC T.Carptener refused inmate medical attention for inmates injured shoulder. OFC T. Carptener knowing of inmates injury forcely pushs inmate shoulder into a wall two times.
- Shoulder damaged, limited useage of left arm inmate received 30 days in confindment where he is deprive

mail, Phones, legal access and Hygen.
Inmate needs to seek further medical treatment after being analyzed by facility medical system.

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff would request that OFC Carpenter be removed

DC 225 (Rev 2/2012)                                      6

from Facility. Plaintiff would also requested that OFC T. Carpter be criminal charged.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __11__ day of __January__, 20__23__.

_Omar _____

(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the __11__ day of __January__, 20__23__.